# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

LEOR EXPLORATION & PROD, LLC, ET AL

V.

GUMA AGUIAR

**EXHIBIT AND WITNESS LIST**

Case Number: 09-60136-civ-Seitz
09-60683-civ-Seitz

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John J. O'Sullivan | HARLEY TROPIN, ET AL | GLENN GOLDSTEIN, ET AL |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| - | LISA EDWARDS | Cherle Griffin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 10/23/09 |   |   |   |
| 1 |   | " | " | ✓ | Obuchowski CV |
| 2 |   | " | " | w/obj ✓ | Rothenberg Read Receipt |
| 3 |   | " | " | ✓ | Rothenberg Read Receipt Header |
| 4 |   | " | " | ✓ | Rothenberg E-mail |
| 5 |   | 10/26/09 | ✓ | 10/26/09 | "Who Is" Page |
| 6 |   | 10/23/09 | " | 10/23/09 | Rothenberg E-mail Header |
| 7 |   | 10/26/09 | " | 10/26/09 | Dar Read Receipt |
| 8 |   | 10/26/09 | " | 10/26/09 | Dar Read Receipt Header |
| 9 |   | 10/26/09 | " | 10/26/09 | Dar Email Header |
| 9A |   | 10/26/09 | " | 10/26/09 | E-mail from Dubi |
| 10 |   | 10/23/09 | " | 10/23/09 | Rothenberg e-mail to Shapiro |
| 11 |   |   |   |   | Israeli proceedings materials & translations |
| 12 |   | 10/26/09 | " | 10/26/09 | Kaplan privileged emails & log |
| 13 |   |   |   |   | Meiri photo |
| 14 |   |   |   |   | Shitrit photo |
| 15 |   | 10/26/09 | " |   | Kinton/Guma telephone call transcript |
| 16 |   |   |   |   | Laurel Blond Affidavit |
| 17 |   |   |   |   | Cozzi depo transcript |
| 18 |   |   |   |   | 8/21/09 Maariv Article |
| 19 |   |   |   |   | 8/16/09 Ydiot Aharonot article |
| 20 |   |   |   |   | Guma dep transcript from 6/25 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 2 Pages

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __FLORIDA__

LEOR EXPLORATION, ET AL
~~UNITED STATES OF AMERICA~~

V.

GUMA AGUIAR

**EXHIBIT AND WITNESS LIST**

Case Number: 09-60136-civ-Seitz
09-60683-civ-Seitz

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John J. O'Sullivan | HARLEY TROPIN, ET AL | GLENN GOLDSTEIN, ET AL |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| - | LISA EDWARDS | Cherle Griffin |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 21 | | 10/26/09 | ✓ | | June 22 witness tampering order |
| 22 | | | | | 9/15/09 email from Guma to Tom |
| 23 | | | | | Ex. B to Motion for Contempt |
| 24 | | | | | 10/9/09 restraining order |
| 25 | | | | | Obuchowski Demonstrative |
| 26 | | | | | left blank |
| 27 | | | | | left Blank |
| 28 | | | | | 8/20/09 Market week Article |
| 29 | | | | | Conversation with Dutsi 9/24/09 |
| 30 | | | | | Guma conversation with Kenton Holliday |
| 31 | | | | | Excerpts from Guma Aguiar Deposition |
| 32 | | | | | Conversation with Dusti 9/24/09 |
| 33 | | | | | Receiver Report |
| 34 | | 10/26/09 | " | | Declaration of Louis Vozza |
| ✓ | | 10/23/09 | | | Guma Aguiar sworn & testified. |
| ✓ | | " | | | Thomas Scott Kaplan sworn & testified. |
| ✓ | | 10/23/09 | | | |
| ✓ | | 10/26/09 | | | Andrew Obuchowski, Jr., sworn & test. |
| 30A | | " | | | Guma conversation with Kenton Holliday P.106 |
| 40 | | 10/26/09 | ✓ | 10/26/09 | Sampling of privileged e-mails (to be filed with the Court under seal). |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of 2 Pages

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED/SCANNED
### and are available in the
# SUPPLEMENTAL PAPER FILE

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 09 60136 civ Seitz
09 60683 civ Seitz

Date 10/26/09

- ☐ **DUE TO POOR QUALITY**
- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD/TRANSCRIPT (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☒ OTHER = Exhibits / personal information