UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEOR EXPLORATION &
PRODUCTION LLC, *et al.*,   **CASE NO. 09-60136-CIV-SEITZ/O'SULLIVAN**

    Plaintiffs,

v.

GUMA AGUIAR,

    Defendant.
_____

GUMA AGUIAR,   **CASE NO. 09-60683-CIV-SEITZ/O'SULLIVAN**

    Plaintiff,

v.

WILLIAM NATBONY, et al.,

    Defendants.
_____

## **FEBRUARY 19, 2010 STATUS REPORT**

Pursuant to the Court's Order at the February 10, 2010 hearing [D.E. #299 in Case No. 09-60136 and D.E. #188 in Case No. 09-60683], counsel for Guma Aguiar hereby provide the following report on Guma Aguiar's status:

Mr. Aguiar was released from Tel Hashomer Hospital in Israel on Wednesday, February 17. He boarded a flight later that same day and arrived on February 18 in the United States. Mr. Aguiar went directly to the McLean Hospital in Belmont, Massachusetts, where he is receiving continuing treatment. Pursuant to this Court's direction, over 300 pages of additional medical documents have been provided to counsel for the Leor/Kaplan parties earlier this week. These documents can be provided under seal with the Court if the Court so desires.

|  |  |
|---|---|
|  | Respectfully submitted, |
| WINSTON & STRAWN LLP | GLENN E. GOLDSTEIN |
| 35 West Wacker Drive | Florida Bar No. 435260 |
| Chicago, IL  60601 | goldsteing@gtlaw.com |
| Telephone:  (312) 558-5600 | JEROLD I. BUDNEY |
| Facsimile:  (312) 558-5700 | Florida Bar No. 0283444 |
|  | budneyj@gtlaw.com |
|  | GREENBERG TRAURIG, P.A. |
| *s/Thomas J. Wiegand*_____ | 401 East Las Olas Boulevard |
| THOMAS J. WIEGAND | Suite 2000 |
| twiegand@winston.com | Fort Lauderdale, FL  33301 |
| GREGORY J. MIARECKI | Telephone:  (954) 765-0500 |
| gmiarecki@winston.com | Facsimile:  (954) 765-1477 |
| (admitted *pro hac vice*) | *Attorneys for Guma Aguiar* |

Alan M. Dershowitz, Esq.
dersh@law.harvard.edu
26 Reservoir Street
Cambridge, MA 02138
(admitted *pro hac vice)*
*Attorney for Guma Aguiar*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF notification on February 19, 2010.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Glenn E. Goldstein*_____
Glenn E. Goldstein

**SERVICE LIST**

Harley S. Tropin, Esq.
hst@kttlaw.com
Thomas A. Tucker Ronzetti, Esq.
tr@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Miami, Florida  33131-2335
Telephone:  305.372.1800
Facsimile:  305.372.3508
*Attorneys for Leor Exploration & Production, LLC, Pardus Petroleum L.P., Pardus Petroleum LLC, William Natbony and Thomas Kaplan*

Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue, Suite 950
Miami, FL 33131
Telephone:  305-371-0001
Facsimile:   305-371-0002
*Attorneys for William Natbony*

Stephen M. Rathkopf, Esq.
srathkopf@herrick.com
Marisa A. Leto, Esq.
mleto@herrick.com
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY  10016
Telephone:  212-592-1400
(admitted *pro hac vice*)
*Attorneys for William Natbony and Thomas Kaplan*

Jonathan Rubenstein, Esq.
jonathan.rubenstein@bakerbotts.com
Baker Botts LO.L.P.
Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Telephone:  214-953-6609
(admitted *pro hac vice*)
*Attorneys for Leor Plaintiffs*

David I. Spector, Esq.
david.spector@akerman.com
Venus A. Caruso, Esq.
venus.caruso@akerman.com
Akerman Senterfitt
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida  33401
Telephone:  561.653.5000
Facsimile:  561.659.6313
*Attorneys for Katten Muchin Rosenman, LLP*

Kendall Coffey, Esq.
kcoffey@coffeyburlington.com
Coffey Burlington
Office in the Grove
2699 S. Bayshore Drive, PH
Miami, FL 33133
Telephone:  305-858-2900
Facsimile:   305-858-5261
*Special Counsel for Guma Aguiar*

*FTL 107,595,499v1 2-19-10*