UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LEOR EXPLORATION &
PRODUCTION LLC, *et al.*,   CASE NO. 09-60136-CIV-SEITZ/O'SULLIVAN

Plaintiffs,

v.

GUMA AGUIAR,

Defendant.

---

GUMA AGUIAR,   CASE NO. 09-60683-CIV-SEITZ/O'SULLIVAN

Plaintiff,

v.

WILLIAM NATBONY, et al.,

Defendants.

---

## MARCH 15, 2010 STATUS REPORT

Pursuant to the Court's Order at the February 10, 2010 hearing [D.E. #299 in Case No. 09-60136 and D.E. #188 in Case No. 09-60683], counsel for Guma Aguiar hereby provide the following report on Guma Aguiar's status:

Mr. Aguiar remains in Israel, where he is continuing to receive treatment and continues to recover. He is beginning to be able to converse with counsel about these actions, and his capacity to do so is expected to increase. Counsel for Aguiar believe they can again proceed in this matter, so long as no setbacks occur.

Counsel for Aguiar proposes that this Court set a telephonic status conference date for the purpose of scheduling a date for them to submit a response to two pending motions, a motion for contempt [D.E. #228 in Case No. 09-60136 and D.E. #126 in Case No. 09-60683] and a motion

to submit additional evidence on the issue of "bad faith" [D.E. #264 in Case No. 09-60136 and D.E. #155 in Case No. 09-60683]. Counsel for the parties also have discussed rescheduling the Mediation in Case No. 09-60683 that had been set to occur on February 9, 2010. Rescheduling the Mediation also could be addressed at the next conference with the Court.

|  | Respectfully submitted, |
|---|---|
| WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700 | GLENN E. GOLDSTEIN<br>Florida Bar No. 435260<br>goldsteing@gtlaw.com<br>JEROLD I. BUDNEY<br>Florida Bar No. 0283444<br>budneyj@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>401 East Las Olas Boulevard |
| *s/Thomas J. Wiegand*<br>THOMAS J. WIEGAND<br>twiegand@winston.com<br>GREGORY J. MIARECKI<br>gmiarecki@winston.com<br>(admitted *pro hac vice*) | Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 765-0500<br>Facsimile: (954) 765-1477<br>*Attorneys for Guma Aguiar* |

Alan M. Dershowitz, Esq.
dersh@law.harvard.edu
26 Reservoir Street
Cambridge, MA 02138
(admitted *pro hac vice*)
*Attorney for Guma Aguiar*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF notification on March 15, 2010. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Glenn E. Goldstein*
Glenn E. Goldstein

Greenberg Traurig, P.A. ▫ Attorneys at Law ▫ 401 East Las Olas Boulevard ▫ Suite 2000 ▫ Fort Lauderdale, FL 33301 ▫ Tel 954.765.0500 ▫ Fax 954.765.1477 ▫ www.gtlaw.com

## SERVICE LIST

Harley S. Tropin, Esq.
hst@kttlaw.com
Thomas A. Tucker Ronzetti, Esq.
tr@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce de Leon Boulevard
9th Floor
Miami, Florida 33131-2335
Telephone: 305.372.1800
Facsimile: 305.372.3508
*Attorneys for Leor Exploration & Production, LLC, Pardus Petroleum L.P., Pardus Petroleum LLC, William Natbony and Thomas Kaplan*

Stephen M. Rathkopf, Esq.
srathkopf@herrick.com
Marisa A. Leto, Esq.
mleto@herrick.com
Herrick, Feinstein, LLP
2 Park Avenue
New York, NY 10016
Telephone: 212-592-1400
(admitted *pro hac vice*)
*Attorneys for William Natbony and Thomas Kaplan*

David I. Spector, Esq.
david.spector@akerman.com
Venus A. Caruso, Esq.
venus.caruso@akerman.com
Akerman Senterfitt
222 Lakeview Avenue, Suite 400
West Palm Beach, Florida 33401
Telephone: 561.653.5000
Facsimile: 561.659.6313
*Attorneys for Katten Muchin Rosenman, LLP*

Brian J. Stack, Esq.
bstack@stackfernandez.com
Stack Fernandez Anderson & Harris, P.A.
1200 Brickell Avenue, Suite 950
Miami, FL 33131
Telephone: 305-371-0001
Facsimile: 305-371-0002
*Attorneys for William Natbony*

Jonathan Rubenstein, Esq.
jonathan.rubenstein@bakerbotts.com
Baker Botts LO.L.P.
Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201
Telephone: 214-953-6609
(admitted *pro hac vice*)
*Attorneys for Leor Plaintiffs*

Kendall Coffey, Esq.
kcoffey@coffeyburlington.com
Coffey Burlington
Office in the Grove
2699 S. Bayshore Drive, PH
Miami, FL 33133
Telephone: 305-858-2900
Facsimile: 305-858-5261
*Special Counsel for Guma Aguiar*

*FTL 107,624,573v1 3-15-10*

Greenberg Traurig, P.A. ▫ Attorneys at Law ▫ 401 East Las Olas Boulevard ▫ Suite 2000 ▫ Fort Lauderdale, FL 33301 ▫ Tel 954.765.0500 ▫ Fax 954.765.1477 ▫ www.gtlaw.com